**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID R. DILLER, JR., ) | Case No: 21-21818-CMB |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| DAVID R. DILLER, JR., ) | Related to Document No.: 11 |
| ) | |
| Movant, ) | Hearing Date: 09/14/2021 |
| ) | |
| v. ) | Hearing Time: 3:30 PM |
| ) | |
| ) | Response Deadline: 09/03/2021 |
| ARMSTRONG CABLE SERVICE, ATI ) | |
| BENEFITS CENTER, BANK OF AMERICA, ) | |
| BHS DERMATOLOGY, BUTLER COUNTY ) | |
| TAX - BUFFALO TOWNSHIP, BUTLER ) | |
| COUNTY TAX CLAIM BUREAU, BUTLER ) | |
| MEDICAL PROVIDERS, CAPITAL ONE ) | |
| BANK, CHASE, DELL PREFERRED ) | |
| ACCOUNT, DISCOVER, FREEPORT ) | |
| EMS, INTERNAL REVENUE SERVICE, ) | |
| JC PENNEY/SYNCHB, L.J. ROSS ) | |
| ASSOCIATES, MACY'S VISA, NATIONAL ) | |
| ENTERPRISE SYSTEMS, PEOPLE'S GAS, ) | |
| PNC BANK, PORTFOLIO RECOVERY ) | |
| ASSOCIATES, RADIUS GLOBAL ) | |
| SOLUTIONS, SEARS CHARGE PLUS, ) | |
| UNITED CONSUMER FINANCIAL ) | |
| SERVICES, WELLS FARGO, WELLS ) | |
| FARGO DEALER SERVICES, WEST PENN ) | |
| POWER, WOODFOREST NATIONAL BANK, ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND THE AUTOMATIC STAY UNDER 11 U.S.C. §362(c)(3)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Stay filed on August 17, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Extend Stay appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Extend Stay were to be filed and served no later than September 3, 2021.

It is hereby respectfully requested that the Order attached to the Motion to Extend Stay be entered by the Court.

September 7, 2021

/s/ Dai Rosenblum_____
Dai Rosenblum, for the Debtors
254 New Castle Road, Suite B
Butler, PA  16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com