**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID R. DILLER, JR., ) | Case No: 21-21818-CMB |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| DAVID R. DILLER, JR., ) | Related to Document No.: 22 |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ARMSTRONG CABLE SERVICE, ATI ) | |
| BENEFITS CENTER, BANK OF AMERICA, ) | |
| BHS DERMATOLOGY, BUTLER COUNTY ) | |
| TAX - BUFFALO TOWNSHIP, BUTLER ) | |
| COUNTY TAX CLAIM BUREAU, BUTLER ) | |
| MEDICAL PROVIDERS, CAPITAL ONE ) | |
| BANK, CHASE, DELL PREFERRED ) | |
| ACCOUNT, DISCOVER, FREEPORT ) | |
| EMS, INTERNAL REVENUE SERVICE, ) | |
| JC PENNEY/SYNCHB, L.J. ROSS ) | |
| ASSOCIATES, MACY'S VISA, NATIONAL ) | |
| ENTERPRISE SYSTEMS, PEOPLE'S GAS, ) | |
| PNC BANK, PORTFOLIO RECOVERY ) | |
| ASSOCIATES, RADIUS GLOBAL ) | |
| SOLUTIONS, SEARS CHARGE PLUS, ) | |
| UNITED CONSUMER FINANCIAL ) | |
| SERVICES, WELLS FARGO, WELLS ) | |
| FARGO DEALER SERVICES, WEST PENN ) | |
| POWER, WOODFOREST NATIONAL BANK, ) | |
| ) | |
| Respondents. ) | |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO EXTEND THE AUTOMATIC STAY UNDER 11 U.S.C. §362(c)(3)**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on September 8, 2021. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

**Service by First-Class Mail:**

Armstrong Cable Service
437 North Main Street
Butler, PA 16001

ATI Benefits Center
12421 Meredith Drive
Urbandale, IA 50398

Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

BHS Dermatology
P.O. Box 1549
Butler, PA 16003

Butler County Tax -Buffalo Township
ATTN: Carla Garia, Tax Collector
395 Kepple Road
Sarver, PA 16055

Butler County Tax Claim Bureau
Attn: Janet Mentel
P.O. Box 1208
Butler, PA 16003-1208

Butler Medical Providers
PO Box 1549
Butler, PA 16003-1549

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Dell Preferred Account
Payment Processing Center
P.O. Box 6403
Carol Stream, IL 60197-6403

Discover
P.O. Box 15251
Wilmington, DE 19886-5251

Freeport EMS
P.O. Box 158
Freeport, PA 16229

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JC Penney/SYNCHB
P.O. Box 965007
Orlando, FL 32896-5007

L.J. Ross Associates
P.O. Box 6099
Jackson, MI 49204-6099

Macy's Visa
P.O. Box 8058
Mason, OH 45040-8058

National Enterprise Systems
3479 Edison Boulevard
Unit A
Twinsburg, OH 44087-2340

People's Gas
ATTN: Bankruptcy Dept
375 North Shore Drive
Suite 600
Pittsburgh, PA 15212

People's Gas
ATTN: Billing Dept.
P.O. Box 747105
Pittsburgh, PA 15274

PNC Bank
P.O. Box 94982
Cleveland, OH 44101-0570

PNC Bank
P.O. Box 5570
Cleveland, OH 44101-0570

PNC Bank
P.O. Box 747032
Pittsburgh, PA 15274

Portfolio Recovery Associates
120 Corporate Blvd.
Suite 100
Norfolk, VA 23502

Radius Global Solutions
7831 Glenroy Road
Suite 250-A
Minneapolis, MN 55439

Sears Charge Plus
P.O. Box 183081
Columbus, OH 43218-3081

United Consumer Financial Services
865 Bassett Road
Westlake, OH 44145-1142

Wells Fargo
P.O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

Woodforest National Bank
P.O. Box 7889
Spring, TX 77387-7889

David Richard Diller, Jr.
575 Sarver Road
Sarver, PA 16055

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Brett A. Solomon**
**Wells Fargo Bank, N.A.**
bsolomon@tuckerlaw.com

**Brian Nicholas**
**PNC Bank, N.A.**
bnicholas@kmllawgroup.com

**S. James Wallace**
**Peoples TWP, LLC**
ecfpeoples@grblaw.com

Executed on: September 8, 2021

\_\_/s/\_Dai\_Rosenblum,\_Esq.\_\_\_
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900     Pa. ID# 31802
dai@dairosenblumbankruptcy.com