**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| DAVID R. DILLER, JR., ) | Case No: 21-21818-CMB |
| ) | |
| Debtor. ) | Chapter 13 |
| ) | |
| DAVID R. DILLER, JR., ) | |
| ) | Related to: Document No. 11 |
| Movant, ) | |
| ) | **ENTERED BY DEFAULT** |
| v. ) | |
| ) | |
| ) | |
| ARMSTRONG CABLE SERVICE, ATI ) | |
| BENEFITS CENTER, BANK OF AMERICA, ) | |
| BHS DERMATOLOGY, BUTLER COUNTY ) | |
| TAX - BUFFALO TOWNSHIP, BUTLER ) | |
| COUNTY TAX CLAIM BUREAU, BUTLER ) | |
| MEDICAL PROVIDERS, CAPITAL ONE ) | |
| BANK, CHASE, DELL PREFERRED ) | |
| ACCOUNT, DISCOVER, FREEPORT ) | |
| EMS, INTERNAL REVENUE SERVICE, ) | |
| JC PENNEY/SYNCHB, L.J. ROSS ) | |
| ASSOCIATES, MACY'S VISA, NATIONAL ) | |
| ENTERPRISE SYSTEMS, PEOPLE'S GAS, ) | |
| PNC BANK, PORTFOLIO RECOVERY ) | |
| ASSOCIATES, RADIUS GLOBAL ) | |
| SOLUTIONS, SEARS CHARGE PLUS, ) | |
| UNITED CONSUMER FINANCIAL ) | |
| SERVICES, WELLS FARGO, WELLS ) | |
| FARGO DEALER SERVICES, WEST PENN ) | |
| POWER, WOODFOREST NATIONAL BANK, ) | |
| ) | |
| Respondents. ) | |

**ORDER EXTENDING THE AUTOMATIC STAY UNDER 11 U.S.C. §362(c)(3)**

**And Now,** the ___7th___ day of ___September___, 20__21__,

after careful consideration of the Debtor's Motion to Extend Stay Under 11 U.S.C. §362(c)(3),

**It Is Hereby Ordered and Decreed** that the Automatic Stay under 11 U.S.C. §362(c)(3) is

reinstated, as to all Respondents, the Debtors, and property of the bankruptcy estate, until

further Order of Court.

*Carlota M. Böhm*
Carlota M. Böhm, Chief Judge glb
United States Bankruptcy Court

FILED
9/7/21 1:18 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                Case No. 21-21818-CMB

David Richard Diller, Jr.                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: gamr | Page 1 of 2 |
| Date Rcvd: Sep 07, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Richard Diller, Jr., 575 Sarver Road, Sarver, PA 16055-9222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2021                                          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dai Rosenblum | on behalf of Debtor David Richard Diller  Jr. Jody@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Maria Miksich | on behalf of Creditor PNC Bank  National Association mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: gamr Page 2 of 2
Date Rcvd: Sep 07, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5