**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID RICHARD DILLER, JR.<br><br>Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>vs.  Movant<br>PNC BANK NA<br><br>Respondents | Case No. 21-21818CMB<br><br>Chapter 13<br><br>Document No __ |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

ADDITIONAL INFORMATION REGARDING THE NATURE OF THE REFUND HAS BEEN REQUESTED.

| | |
|---|---|
| PNC BANK NA<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Court claim# 9-2/Trustee CID# 2 |

The Movant further certifies that on 01/10/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| cc:  debtor(s)<br>     original creditor<br>     putative creditor<br>     counsel for debtor(s)<br>     counsel for the creditor(s) (if known) | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

| | |
|---|---|
| DEBTOR(S):<br>DAVID RICHARD DILLER, JR., 575 SARVER ROAD, SARVER, PA  16055 | DEBTOR'S COUNSEL:<br>DAI ROSENBLUM ESQ, 254 NEW CASTLE RD STE B, BUTLER, PA  16001 |
| ORIGINAL CREDITOR:<br>PNC BANK NA, PO BOX 94982, CLEVELAND, OH  44101 | ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| NEW CREDITOR: | |