**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DAVID RICHARD DILLER, JR. | Case No. 21-21818CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>PNC BANK NA | Document No __ |
| Respondents | |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

ADDITIONAL INFORMATION REGARDING THE NATURE OF THE REFUND HAS BEEN REQUESTED.

| | |
|---|---|
| PNC BANK NA<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Court claim# 9-2/Trustee CID# 30 |

The Movant further certifies that on 01/10/2025 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>DAVID RICHARD DILLER, JR., 575 SARVER ROAD, SARVER, PA  16055 | DEBTOR'S COUNSEL:<br>DAI ROSENBLUM ESQ, 254 NEW CASTLE RD STE B, BUTLER, PA  16001 |
| ORIGINAL CREDITOR:<br>PNC BANK NA, PO BOX 94982, CLEVELAND, OH  44101 | ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 |
| NEW CREDITOR: | |