**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

```
In re:                          )
                                )
DAVID RICHARD DILLER, JR., Debtor )
                                )    Case No: 21-21818-CMB
                                )
                                )       Chapter 13
DAVID RICHARD DILLER, JR., Movant )
                                )
            v.                  )
                                )
NO RESPONDENT.                  )
                                )
```

STIPULATED ORDER

To the Court:

    1. The Debtor's Amended Chapter 13 Plan dated December 14, 2021 was confirmed on a final basis by Order of 01/17/2022 at Doc. # 38.

    2. The Amended Plan provides for paying the Butler County Tax Claim Bureau ("Tax Claim") $5,612.81.

    3. Tax Claim filed Cl. # 10-1 on 02/03/2022 for $10,294.80.

    4. The Chapter 13 Trustee is currently holding $11,668.27 on hand.

    5. The parties stipulate that Tax Claim's Cl. # 10-1

shall be paid in full.

So stipulated:

/s/ Dai Rosenblum, Esq.
For the Debtor
254 New Castle Road
Butler, PA 16001
(724) 283-2900
PA Bar # 31802

/s/ Owen W. Katz, Esq.
For the Chapter 13 Trustee
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
PA Bar # 42524

So ordered:

September 2, 2025

Carlota M. Böhm
United States Bankruptcy Judge

SIGNED
9/2/25 10:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
David Richard Diller, Jr.  
    Debtor

Case No. 21-21818-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2  
Date Rcvd: Sep 02, 2025     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + David Richard Diller, Jr., 575 Sarver Road, Sarver, PA 16055-9222 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dai Rosenblum | on behalf of Debtor David Richard Diller Jr. dai@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Sep 02, 2025 Form ID: pdf900 Total Noticed: 1
TOTAL: 5