# United States Bankruptcy Court

Western District of Pennsylvania (Pittsburgh)

IN RE:    DAVID R DILLER JR    CASE NO.: 21-21818
CHAPTER: 13

Debtors

**Change of address – Payment for Creditor**

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

Old Notifications address                New Notifications address


Old payment address                New payment address
Wells Fargo Auto                Wells Fargo Auto
PO Box 17900                PO Box 51963
Denver CO 80217-0900                Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/26/2025                /s/Lisa Johnson
                Account Resolution Associate Manager
                Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Western District of Pennsylvania (Pittsburgh)

IN RE:   DAVID R DILLER JR                         CASE NO:  21-21818
                                                   CHAPTER:  13

　　　　Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/26/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
　Lisa Johnson
　Account Resolution Associate Manager

☐ By mail:
　[Name]
　[Address]

☐ By [Method of delivery]:
　[Name]
　[Address]

09/26/2025                                  /s/Lisa Johnson
                                            Account Resolution Associate Manager
                                            Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto