# United States Bankruptcy Court

Western District of Pennsylvania (Pittsburgh)

| | |
|---|---|
| IN RE:   DAVID R DILLER JR | CASE NO.:  21-21818 |
| | CHAPTER:  13 |

Debtors

### Change of address – Payment for Creditor

As to Claim 2-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|

| Old payment address | New payment address |
|---|---|
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  bkchapter13@wellsfargo.com

09/29/2025                                              /s/Lisa Johnson
                                                        Account Resolution Associate Manager
                                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

FORM-1072 (08/15/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

# Certificate of Service

Western District of Pennsylvania (Pittsburgh)

| | |
|---|---|
| IN RE:   DAVID R DILLER JR | CASE NO:  21-21818 |
| | CHAPTER:  13 |

Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/29/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
Lisa Johnson
Account Resolution Associate Manager

☐ By mail:
[Name]
[Address]

☐ By [Method of delivery]:
[Name]
[Address]

09/29/2025                             /s/Lisa Johnson
                                               Account Resolution Associate Manager
                                               Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto