**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| DAVID RICHARD DILLER, JR., | ) |
| | ) Case No.: 21-21818-CMB |
| Debtor. | ) |
| | ) Chapter 13 |
| DAVID RICHARD DILLER, JR., | ) |
| | ) Related to Document No.: 78 |
| Movant, | ) |
| | ) Hearing Date: 05/14/2026 |
| v. | ) |
| | ) Hearing Time: 10:00 AM |
| NO RESPONDENT. | ) |

<u>**CERTIFICATE OF SERVICE OF AMENDED CHAPTER 13 PLAN WITH NOTICE OF HEARING**</u>

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on April 17, 2026. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

***Service by First-Class Mail:***

David Richard Diller, Jr.
575 Sarver Road
Sarver, PA 16055

Armstrong Cable Service
437 North Main Street
Butler, PA 16001

ATI Benefits Center
12421 Meredith Drive
Urbandale, IA 50398

Bank of America
P.O. Box 982235
El Paso, TX 79998-2235

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

BHS Dermatology
P.O. Box 1549
Butler, PA 16003

Butler County Tax - Buffalo Township
ATTN: Carla Garia, Tax Collector
395 Kepple Road
Sarver, PA 16055

Butler County Tax -Buffalo Township
ATTN: Carla Garia, Tax Collector
395 Kepple Road
Sarver, PA 16055

Butler County Tax Claim Bureau
Attn: Janet Mentel
P.O. Box 1208
Butler, PA 16003-1208

Butler Medical Providers
PO Box 1549
Butler, PA 16003-1549

Capital One Bank
P.O. Box 5155
Norcross, GA 30091

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Dell Preferred Account
Payment Processing Center
P.O. Box 6403
Carol Stream, IL 60197-6403

Discover
P.O. Box 15251
Wilmington, DE 19886-5251

Freeport EMS
P.O. Box 158
Freeport, PA 16229

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JC Penney/SYNCHB
P.O. Box 965007
Orlando, FL 32896-5007

L.J. Ross Associates
P.O. Box 6099
Jackson, MI 49204-6099

Macy's Visa
P.O. Box 8058
Mason, OH 45040-8058

National Enterprise Systems
3479 Edison Boulevard
Unit A
Twinsburg, OH 44087-2340

People's Gas
ATTN: Bankruptcy Dept
375 North Shore Drive
Suite 600
Pittsburgh, PA 15212

People's Gas
ATTN: Billing Dept.
P.O. Box 747105
Pittsburgh, PA 15274

Peoples Gas Company LLC
f/k/a Peoples TWP
c/o GRB Law
Frick Building, 437 Grant St., 14th Fl.
Pittsburgh, PA 15219

PNC Bank
P.O. Box 747032
Pittsburgh, PA 15274

PNC Bank
P.O. Box 94982
Cleveland, OH 44101-0570

PNC Bank
P.O. Box 5570
Cleveland, OH 44101-0570

PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101

Portfolio Recovery Associates
120 Corporate Blvd.
Suite 100
Norfolk, VA 23502

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

Radius Global Solutions
7831 Glenroy Road
Suite 250-A
Minneapolis, MN 55439

Sears Charge Plus
P.O. Box 183081
Columbus, OH 43218-3081

United Consumer Financial Services
865 Bassett Road
Westlake, OH 44145-1142

Wells Fargo
P.O. Box 19657
Irvine, CA 92623-9657

Wells Fargo Bank N.A., d/b/a Wells Fargo Auto
PO Box 130000
Raleigh NC, 27605

Wells Fargo Dealer Services
P.O. Box 25341
Santa Ana, CA 92799-5341

West Penn Power
P.O. Box 3687
Akron, OH 44309-3687

West Penn Power
5001 NASA Blvd
Fairmont WV 26554

Woodforest National Bank
PO Box 7889
The Woodlands, TX 77387

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Matthew Fissel**
**PNC Bank, National Association**
mmiksich@kmllawgroup.com

**S. James Wallace**
**Peoples Gas Company LLC**
ecfpeoples@grblaw.com

Executed on: April 17, 2026

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2568
724-283-2900    Pa. ID# 31802
dai@dairosenblumbankruptcy.com