**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| DAVID RICHARD DILLER, JR., Debtor | Case No: 21-21818-CMB |
| | Chapter 13 |
| DAVID RICHARD DILLER, JR., Movant | |
| v. | Hearing Date: 09/30/2026<br>Hearing Time: 11:30 AM<br>Response Deadline: 09/21/2026 |
| NO RESPONDENT. | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION FOR DISCHARGE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Discharge filed on September 2, 2026 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Discharge appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Discharge were to be filed and served no later than September 21, 2026.

It is hereby respectfully requested that the Order attached to the Motion for Discharge be entered by the Court.

September 22, 2026

/s/ Dai Rosenblum
Dai Rosenblum, for the Debtors
254 New Castle Road, Suite B
Butler, PA 16001-2529
(724) 283-2900 PA ID No. 31802
dai@dairosenblumbankruptcy.com