**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | David Richard Diller Jr.<br>First Name Middle Name Last Name | Social Security number or ITIN | xxx−xx−1596 |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number: | 21−21818−GLT | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

David Richard Diller Jr.

9/25/26

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;
- ♦ debts for most student loans;
- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re: Case No. 21-21818-GLT
David Richard Diller, Jr. Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3
Date Rcvd: Sep 25, 2026 Form ID: 3180W Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Richard Diller, Jr., 575 Sarver Road, Sarver, PA 16055-9222 |
| 15402963 | + | ATI Benefits Center, 12421 Meredith Drive, Urbandale, IA 50398-0001 |
| 15402962 | + | Armstrong Cable Service, 437 North Main Street, Butler, PA 16001-4358 |
| 15402965 | + | BHS Dermatology, P.O. Box 1549, Butler, PA 16003-1549 |
| 15402966 | + | Butler County Tax - Buffalo Township, ATTN: Carla Garia, Tax Collector, 395 Kepple Road, Sarver, PA 16055-9318 |
| 15402968 | | Butler County Tax Claim Bureau, Attn: Janet Mentel, P.O. Box 1208, Butler, PA 16003-1208 |
| 15402969 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15402974 | + | Freeport EMS, P.O. Box 158, Freeport, PA 16229-0158 |
| 15402979 | | National Enterprise Systems, 3479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2340 |
| 15402981 | + | People's Gas, ATTN: Billing Dept., P.O. Box 747105, Pittsburgh, PA 15274-7105 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 26 2026 05:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Sep 26 2026 05:26:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15402964 | | EDI: BANKAMER | Sep 26 2026 05:26:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 15409190 | + | EDI: BANKAMER2 | Sep 26 2026 05:26:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15402970 | | EDI: CAPITALONE.COM | Sep 26 2026 05:26:00 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15402971 | | EDI: JPMORGANCHASE | Sep 26 2026 05:26:00 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 15402972 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 26 2026 01:32:44 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197-6403 |
| 15402973 | | EDI: DISCOVER | Sep 26 2026 05:26:00 | Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 15402978 | | EDI: CITICORP | Sep 26 2026 05:26:00 | Macy's Visa, P.O. Box 8058, Mason, OH 45040-8058 |
| 15402975 | | EDI: IRS.COM | Sep 26 2026 05:26:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 15402976 | | EDI: SYNC | Sep 26 2026 05:26:00 | JC Penney/SYNCHB, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15402977 | | Email/Text: support@ljross.com | Sep 26 2026 01:34:00 | L.J. Ross Associates, P.O. Box 6099, Jackson, MI 49204-6099 |
| 15402983 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101-0570 |
| 15402984 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, P.O. Box 747032, Pittsburgh, PA 15274 |
| 15402982 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, P.O. Box 94982, Cleveland, OH 44101-0570 |
| 15425952 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15402985 | | EDI: PRA.COM | Sep 26 2026 05:26:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15425865 | | EDI: PRA.COM | Sep 26 2026 05:26:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402980 | + | Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | People's Gas, ATTN: Bankruptcy Dept, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15404383 | + | Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o GRB Law, Frick Building, 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15402986 | + | Email/Text: ngisupport@radiusgs.com | Sep 26 2026 01:34:00 | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 15402987 | | EDI: CITICORP | Sep 26 2026 05:26:00 | Sears Charge Plus, P.O. Box 183081, Columbus, OH 43218-3081 |
| 15402988 | + | Email/Text: EBankruptcy@UCFS.NET | Sep 26 2026 01:34:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15402989 | | EDI: WFAUTO | Sep 26 2026 05:26:00 | Wells Fargo, P.O. Box 19657, Irvine, CA 92623-9657 |
| 15405343 | + | EDI: WFFC2 | Sep 26 2026 05:26:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15402990 | | EDI: WFFC | Sep 26 2026 05:26:00 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 15402991 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 26 2026 01:34:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15407006 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 26 2026 01:34:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15402992 | | Email/Text: ebankruptcy@woodforest.com | Sep 26 2026 01:34:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |
| 15425056 | + | Email/Text: ebankruptcy@woodforest.com | Sep 26 2026 01:34:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15402967 | *+ | Butler County Tax -Buffalo Township, ATTN: Carla Garia, Tax Collector, 395 Kepple Road, Sarver, PA 16055-9318 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dai Rosenblum | on behalf of Debtor David Richard Diller Jr. dai@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Matthew Fissel | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 5