FILED
9/25/26 8:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| DAVID RICHARD DILLER, JR., Debtor | Case No: 21-21818-CMB |
| | Chapter 13 |
| DAVID RICHARD DILLER, JR., Movant | Hearing Date: 09/30/2026 |
| v. | Hearing Time: 11:30 AM |
| | Response Deadline: 09/21/2026 |
| NO RESPONDENT. | Related to Docket No. 89 |

**ORDER OF COURT**

**And Now**, the ___25th Day of September _, 2026, after careful consideration of the Debtor's Motion for Discharge, **It Is Hereby Ordered and Decreed** that the Motion is Granted, and the Clerk shall immediately issue a Discharge for the Debtor in this case. This case shall remain open to conclude all pending administrative matters.

Gregory L. Taddonio, Chief Judge drb
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re: Case No. 21-21818-GLT

David Richard Diller, Jr. Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 3

Date Rcvd: Sep 25, 2026 Form ID: pdf900 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Richard Diller, Jr., 575 Sarver Road, Sarver, PA 16055-9222 |
| 15402963 | + | ATI Benefits Center, 12421 Meredith Drive, Urbandale, IA 50398-0001 |
| 15402962 | + | Armstrong Cable Service, 437 North Main Street, Butler, PA 16001-4358 |
| 15402965 | + | BHS Dermatology, P.O. Box 1549, Butler, PA 16003-1549 |
| 15402966 | + | Butler County Tax - Buffalo Township, ATTN: Carla Garia, Tax Collector, 395 Kepple Road, Sarver, PA 16055-9318 |
| 15402968 | | Butler County Tax Claim Bureau, Attn: Janet Mentel, P.O. Box 1208, Butler, PA 16003-1208 |
| 15402969 | | Butler Medical Providers, PO Box 1549, Butler, PA 16003-1549 |
| 15402974 | + | Freeport EMS, P.O. Box 158, Freeport, PA 16229-0158 |
| 15402979 | | National Enterprise Systems, 3479 Edison Boulevard, Unit A, Twinsburg, OH 44087-2340 |
| 15402981 | + | People's Gas, ATTN: Billing Dept., P.O. Box 747105, Pittsburgh, PA 15274-7105 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | Peoples Gas Company LLC f/k/a Peoples TWP, GRB Law, Frick Building, 437 Grant Street, 14th Floor, Pittsburgh, PA 15219-6101 |
| 15402964 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 26 2026 01:34:00 | Bank of America, P.O. Box 982235, El Paso, TX 79998-2235 |
| 15409190 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Sep 26 2026 01:34:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 15402970 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 26 2026 01:32:48 | Capital One Bank, P.O. Box 5155, Norcross, GA 30091 |
| 15402971 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 26 2026 01:32:44 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 15402972 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 26 2026 01:32:44 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197-6403 |
| 15402973 | | Email/Text: mrdiscen@discover.com | Sep 26 2026 01:34:00 | Discover, P.O. Box 15251, Wilmington, DE 19886-5251 |
| 15402978 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2026 01:44:34 | Macy's Visa, P.O. Box 8058, Mason, OH 45040-8058 |
| 15402975 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 26 2026 01:34:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15402976 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 26 2026 01:32:43 | JC Penney/SYNCHB, P.O. Box 965007, Orlando, FL 32896-5007 |
| 15402977 | | Email/Text: support@ljross.com | Sep 26 2026 01:34:00 | L.J. Ross Associates, P.O. Box 6099, Jackson, MI 49204-6099 |
| 15402983 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, P.O. Box 5570, Cleveland, OH |

| | | | | |
|---|---|---|---|---|
| | | | | 44101-0570 |
| 15402984 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, P.O. Box 747032, Pittsburgh, PA 15274 |
| 15402982 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, P.O. Box 94982, Cleveland, OH 44101-0570 |
| 15425952 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 26 2026 01:34:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 15402985 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2026 01:32:48 | Portfolio Recovery Associates, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 15425865 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 26 2026 01:32:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15402980 | + | Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | People's Gas, ATTN: Bankruptcy Dept, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 15404383 | + | Email/Text: ebnpeoples@grblaw.com | Sep 26 2026 01:34:00 | Peoples Gas Company LLC, f/k/a Peoples TWP, c/o GRB Law, Frick Building, 437 Grant St., 14th Fl., Pittsburgh, PA 15219-6101 |
| 15402986 | + | Email/Text: ngisupport@radiusgs.com | Sep 26 2026 01:34:00 | Radius Global Solutions, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3117 |
| 15402987 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 26 2026 01:44:39 | Sears Charge Plus, P.O. Box 183081, Columbus, OH 43218-3081 |
| 15402988 | + | Email/Text: EBankruptcy@UCFS.NET | Sep 26 2026 01:34:00 | United Consumer Financial Services, 865 Bassett Road, Westlake, OH 44145-1194 |
| 15402989 | | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 26 2026 01:32:44 | Wells Fargo, P.O. Box 19657, Irvine, CA 92623-9657 |
| 15405343 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 26 2026 01:32:44 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15402990 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Sep 26 2026 01:32:40 | Wells Fargo Dealer Services, P.O. Box 25341, Santa Ana, CA 92799-5341 |
| 15402991 | | Email/Text: bankruptcy@firstenergycorp.com | Sep 26 2026 01:34:00 | West Penn Power, P.O. Box 3687, Akron, OH 44309-3687 |
| 15407006 | + | Email/Text: bankruptcy@firstenergycorp.com | Sep 26 2026 01:34:00 | West Penn Power, 5001 NASA Blvd, Fairmont WV 26554-8248 |
| 15402992 | | Email/Text: ebankruptcy@woodforest.com | Sep 26 2026 01:34:00 | Woodforest National Bank, P.O. Box 7889, Spring, TX 77387-7889 |
| 15425056 | + | Email/Text: ebankruptcy@woodforest.com | Sep 26 2026 01:34:00 | Woodforest National Bank, PO Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank, National Association |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 15402967 | *+ | Butler County Tax -Buffalo Township, ATTN: Carla Garia, Tax Collector, 395 Kepple Road, Sarver, PA 16055-9318 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

**in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dai Rosenblum | on behalf of Debtor David Richard Diller Jr. dai@dairosenblumbankruptcy.com, Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com;jody@dairosenblumbankruptcy.com |
| Matthew Fissel | on behalf of Creditor PNC Bank National Association bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 5