**Fill in this information to identify the case:**

Debtor 1 David Richard Diller, Jr.

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: WESTERN District of Pennsylvania
(State)

Case number 21-21818-GLT

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).**

## Part 1: Mortgage Information

**Name of claim holder:** **PNC Bank, National Association**

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 1789

**Property address:** **575 Sarver Road**
Number Street
**Sarver PA 16055**
City State ZIP Code

## Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $27,531.29.

*Check all that apply:*

☒ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ ________________.

☐ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ ________________.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: 09 / 25 / 2026.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

| | |
|---|---|
| i. Date last payment was received on the mortgage: | 10 / 01 / 2026 |
| ii. Date next postpetition payment from the debtor is due: | 09 / 25 / 2026 |
| iii. Amount of the next postpetition payment that is due: | $ 289.50 |
| iv. Unpaid principal balance of the loan: | $ 28,720.12 |
| v. Additional amounts due for any deferred or accrued interest: | $ 347.61 |
| vi. Balance of the escrow account: | $ 0.00 |
| vii. Balance of unapplied funds or funds held in a suspense account: | $ 19.80 |
| viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

## Part 4 Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

## Part 5: Sign Here

**The information provided within the response is effective as of 10/14/2026. Figures and representations provided reflect the status as of the effective date and may not account for more recent activity.

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Matthew Fissel Date October 23, 2026
Signature

Name Matthew Fissel
First name Middle name Last name

Title Attorney for Secured Creditor

Company KML Law Group, P.C.
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 701 Market Street, Suite, 5000
Number Street
Philadelphia PA 19196
City State ZIP Code

Contact phone (215) 627-1322 Email bkgroup@kmllawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: David Richard Diller, Jr.**<br>**Debtor(s)**<br><br>**PNC Bank, National Association**<br>**Movant**<br>**vs.**<br><br>**David Richard Diller, Jr.**<br>**Debtor(s)**<br><br>**Ronda J. Winnecour**,<br>**Trustee** | **BK NO. 21-21818-GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 9** |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on October 28, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
David Richard Diller Jr.
575 Sarver Road
Sarver, PA 16055

Attorney for Debtor(s) (via ECF)
Dai Rosenblum, Esq.
254 New Castle Road, Suite B
Butler, PA 16001-2529

Trustee (via ECF)
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service: electronic means or first-class mail

Dated: October 28, 2026

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

**KML LAW GROUP, P.C.**
**701 Market Street**
**Suite 5000**
**Philadelphia, Pa 19106-1532**
**www.kmllawgroup.com**

October 14, 2026

David Richard Diller, Jr.
575 Sarver Road
Sarver, PA 16055

THIS LAW FIRM MAY BE CONSIDERED A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT.

IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT TO COLLECT A DEBT OR AS AN ACT TO COLLECT, ASSESS, OR RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

RE: Mortgage Company: PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION
Loan No[redacted]
Name: David Richard Diller, Jr.
Property Address: 575 Sarver Road, Sarver, PA 16055

# PAYOFF AMOUNT

This letter responds to your request for a payoff of the above referenced loan.

In connection with the above-captioned matter, the amount required to **PAYOFF** the outstanding loan balance including foreclosure costs and counsel fees is **$29,047.93** effective through **October 14, 2026**.

It is possible that additional expenditures may be incurred by either the mortgage company or this firm in the interim period between the time these figures are generated and the time funds are tendered. We strive to avoid such expenditures to allow sufficient time to tender payment; but at times, such expenditures are unavoidable. In this event, only the FULL amount due will be accepted.
.

**Property Inspections Explained:**
Inspection fees may be charged to your account by your lender for monthly inspections performed in accordance with the terms of the mortgage and the guidelines.

| | |
|---|---|
| Principal Balance due | $28,720.12 |
| Interest | $ 347.61 |
| Credit(Suspense Balance | ($ 19.80) |
| TOTAL AMOUNT DUE MORTGAGE COMPANY | **$29,047.93** |

**The payoff provided in connection with PNC's Response to the instant Trustee Notice of Disbursements Made, is solely for purposes of the Response itself, pursuant to Bank. Rule 3002.1 and is

not intended for use beyond the specific date of PNC's Response. Any attempt to pay off the subject loan pursuant to PNC's Response, will require the issuance of a new/updated payoff statement in response to an actual payoff request for purposes of paying the loan in full.

| Transaction Date | All Funds Received | Post-Petition Amount Received | Post-Petition Payment Suspense Deposit / Disbursements | Debtor Suspense Total | Segment 1 Principal Application | Segment 1 Interest Application | Segment 1 Interest Paid | Segment 1 Principal Balance | Contractual Date Paid | Post Petition Date Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| **8/16/2021 Chapter 13 filed** | | | beginning balance | $0.00 | | | $0.00 | $35,218.01 | | |
| 9/1/2021 | | | | $0.00 | | | $0.00 | $35,218.01 | | |
| 9/17/2021 | | | | $0.00 | | $225.79 | $225.79 | $35,218.01 | 11/25/2019 | |
| 9/17/2021 | | | | $0.00 | $63.71 | | $225.79 | $35,154.30 | | |
| 11/9/2021 | $1,451.31 | $1,451.31 | $1,451.31 | $1,451.31 | | | $225.79 | $35,154.30 | | |
| 11/9/2021 | | | ($1,201.98) | $249.33 | $64.91 | $448.79 | $674.58 | $35,089.39 | 12/25/2019 | |
| 11/9/2021 | | | ($249.33) | ($0.00) | | | $674.58 | $35,089.39 | | |
| 12/14/2021 | $1,426.26 | $1,426.26 | $1,426.26 | $1,426.26 | | | $674.58 | $35,089.39 | | |
| 1/7/2022 | $1,426.18 | $1,426.18 | $1,426.18 | $2,852.44 | | | $674.58 | $35,089.39 | | |
| **1/20/2022** | | | **$249.33** | $3,101.77 | | | $674.58 | $35,089.39 | | |
| **1/20/2022** | | | **$688.28** | $3,790.05 | | | $674.58 | $35,089.39 | | |
| **1/20/2022** | | | **$513.70** | $4,303.75 | **($64.91)** | **($448.79)** | $225.79 | $35,154.30 | | |
| **1/20/2022** | | | | $4,303.75 | **($63.71)** | | $225.79 | $35,218.01 | | |
| **1/20/2022** | | | | $4,303.75 | | | $225.79 | $35,218.01 | **12/25/2019** | |
| **1/21/2022** | | | | $4,303.75 | | | $225.79 | $35,218.01 | | |
| 2/7/2022 | $1,174.68 | $1,174.68 | $1,174.68 | $5,478.43 | | | $225.79 | $35,218.01 | | |
| 3/7/2022 | $1,318.79 | $1,318.79 | $1,318.79 | $6,797.22 | | | $225.79 | $35,218.01 | | |
| 3/24/2022 | | | ($1,256.65) | $5,540.57 | $64.91 | $224.59 | $450.38 | $35,153.10 | 12/25/2019 | 8/25/2021 |
| 3/29/2022 | | | ($1,090.63) | $4,449.94 | $65.30 | $224.20 | $674.58 | $35,087.80 | 1/25/2020 | 9/25/2021 |
| 3/30/2022 | | | ($1,090.63) | $3,359.31 | $65.70 | $223.80 | $898.38 | $35,022.10 | 2/25/2020 | 10/25/2021 |
| 3/31/2022 | | | ($1,090.64) | $2,268.67 | $65.71 | $223.79 | $1,122.17 | $34,956.39 | 3/25/2020 | 11/25/2021 |
| 4/1/2022 | $1,562.19 | $1,562.19 | $1,562.19 | $3,830.86 | | | $1,122.17 | $34,956.39 | | |
| 4/5/2022 | | | ($1,090.64) | $2,740.22 | $65.72 | $223.78 | $1,345.95 | $34,890.67 | 4/25/2020 | 12/25/2021 |
| 4/6/2022 | | | ($1,090.63) | $1,649.59 | $65.72 | $223.78 | $1,569.73 | $34,824.95 | 5/25/2020 | 1/25/2022 |
| 4/7/2022 | | | ($1,090.64) | $558.95 | $65.72 | $223.78 | $1,793.51 | $34,759.23 | 6/25/2020 | 2/25/2022 |
| 5/5/2022 | $1,456.29 | $1,456.29 | $1,456.29 | $2,015.24 | | | $1,793.51 | $34,759.23 | | |
| 5/6/2022 | | | ($1,090.63) | $924.61 | $65.72 | $223.78 | $2,017.29 | $34,693.51 | 7/25/2020 | 3/25/2022 |
| 6/7/2022 | $1,090.63 | $1,090.63 | $1,090.63 | $2,015.24 | | | $2,017.29 | $34,693.51 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/7/2022 | $638.27 | | | $2,015.24 | | | $2,017.29 | $34,693.51 | | |
| 6/8/2022 | | | ($1,090.63) | $924.61 | $65.72 | $223.78 | $2,241.07 | $34,627.79 | 8/25/2020 | 4/25/2022 |
| 7/7/2022 | $1,090.63 | $1,090.63 | $1,090.63 | $2,015.24 | | | $2,241.07 | $34,627.79 | | |
| 7/7/2022 | $684.47 | | | $2,015.24 | | | $2,241.07 | $34,627.79 | | |
| 7/8/2022 | | | ($1,090.63) | $924.61 | $65.72 | $223.78 | $2,464.85 | $34,562.07 | 9/25/2020 | 5/25/2022 |
| 7/8/2022 | | | | $924.61 | $65.71 | $223.79 | $2,688.64 | $34,496.36 | 10/25/2020 | |
| 8/3/2022 | $1,090.63 | $1,090.63 | $1,090.63 | $2,015.24 | | | $2,688.64 | $34,496.36 | | |
| 8/3/2022 | $683.23 | | | $2,015.24 | | | $2,688.64 | $34,496.36 | | |
| 8/4/2022 | | | ($1,090.63) | $924.61 | $65.72 | $223.78 | $2,912.42 | $34,430.64 | 11/25/2020 | 6/25/2022 |
| 8/30/2022 | $1,090.63 | $1,090.63 | $1,090.63 | $2,015.24 | | | $2,912.42 | $34,430.64 | | |
| 8/30/2022 | $681.99 | | | $2,015.24 | | | $2,912.42 | $34,430.64 | | |
| 8/31/2022 | | | ($1,090.63) | $924.61 | $65.72 | $223.78 | $3,136.20 | $34,364.92 | 12/25/2020 | 7/25/2022 |
| 8/31/2022 | | | | $924.61 | $65.72 | $223.78 | $3,359.98 | $34,299.20 | 1/25/2021 | |
| 10/5/2022 | $1,090.63 | $1,090.63 | $1,090.63 | $2,015.24 | | | $3,359.98 | $34,299.20 | | |
| 10/5/2022 | $680.74 | | | $2,015.24 | | | $3,359.98 | $34,299.20 | | |
| 10/6/2022 | | | ($1,090.63) | $924.61 | | | $3,359.98 | $34,299.20 | | 8/25/2022 |
| 10/31/2022 | $1,090.63 | $1,090.63 | $1,090.63 | $2,015.24 | | | $3,359.98 | $34,299.20 | | |
| 10/31/2022 | $679.49 | | | $2,015.24 | | | $3,359.98 | $34,299.20 | | |
| 11/1/2022 | | | ($1,090.63) | $924.61 | | | $3,359.98 | $34,299.20 | | 9/25/2022 |
| 11/3/2022 | | | | $924.61 | $65.72 | $223.78 | $3,583.76 | $34,233.48 | 2/25/2021 | |
| 11/3/2022 | | | | $924.61 | $65.72 | $223.78 | $3,807.54 | $34,167.76 | 3/25/2021 | |
| 11/29/2022 | $1,090.64 | $1,090.64 | $1,090.64 | $2,015.25 | | | $3,807.54 | $34,167.76 | | |
| 11/29/2022 | $643.51 | | | $2,015.25 | | | $3,807.54 | $34,167.76 | | |
| 11/30/2022 | | | ($1,090.64) | $924.61 | | | $3,807.54 | $34,167.76 | | 10/25/2022 |
| 12/1/2022 | | | | $924.61 | $65.72 | $223.78 | $4,031.32 | $34,102.04 | 4/25/2021 | |
| 12/30/2022 | $1,648.23 | | | $924.61 | | | $4,031.32 | $34,102.04 | | |
| 1/3/2023 | | | | $924.61 | $65.72 | $223.78 | $4,255.10 | $34,036.32 | 5/25/2021 | |
| 1/3/2023 | | | | $924.61 | $65.71 | $223.79 | $4,478.89 | $33,970.61 | 6/25/2021 | |
| 2/1/2023 | $2,178.21 | $2,178.21 | $2,178.21 | $3,102.82 | | | $4,478.89 | $33,970.61 | | |
| 2/2/2023 | | | ($1,090.63) | $2,012.19 | | | $4,478.89 | $33,970.61 | | 11/25/2022 |
| 2/2/2023 | | | | $2,012.19 | $65.72 | $223.78 | $4,702.67 | $33,904.89 | 7/25/2021 | |
| 2/2/2023 | | | ($1,087.56) | $924.63 | | | $4,702.67 | $33,904.89 | | 12/25/2022 |
| 2/2/2023 | | | | $924.63 | $65.72 | $223.78 | $4,926.45 | $33,839.17 | 8/25/2021 | |
| 3/2/2023 | $1,612.69 | | | $924.63 | | | $4,926.45 | $33,839.17 | | |
| 3/3/2023 | | | | $924.63 | $65.72 | $223.78 | $5,150.23 | $33,773.45 | 9/25/2021 | |
| 4/5/2023 | $2,152.57 | $2,152.57 | $2,152.57 | $3,077.20 | | | $5,150.23 | $33,773.45 | | |
| 4/5/2023 | $32.97 | | | $3,077.20 | | | $5,150.23 | $33,773.45 | | |
| 4/6/2023 | | | ($1,085.85) | $1,991.35 | | | $5,150.23 | $33,773.45 | | 1/25/2023 |
| 4/6/2023 | | | | $1,991.35 | $66.08 | $223.42 | $5,373.65 | $33,707.37 | 10/25/2021 | |
| 4/6/2023 | | | ($1,082.73) | $908.62 | | | $5,373.65 | $33,707.37 | | 2/25/2023 |
| 4/6/2023 | | | | $908.62 | $66.13 | $223.37 | $5,597.02 | $33,641.24 | 11/25/2021 | |
| 5/3/2023 | $1,602.82 | | | $908.62 | | | $5,597.02 | $33,641.24 | | |
| 5/4/2023 | | | | $908.62 | $66.54 | $222.96 | $5,819.98 | $33,574.70 | 12/25/2021 | |
| 5/4/2023 | | | | $908.62 | $66.54 | $222.96 | $6,042.94 | $33,508.16 | 1/25/2022 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/5/2023 | $2,160.00 | $2,160.00 | $2,160.00 | $3,068.62 | | | $6,042.94 | $33,508.16 | | |
| 6/5/2023 | $27.35 | | | $3,068.62 | | | $6,042.94 | $33,508.16 | | |
| 6/15/2023 | | | ($1,080.24) | $1,988.38 | | | $6,042.94 | $33,508.16 | | 3/25/2023 |
| 6/15/2023 | | | ($1,080.08) | $908.30 | | | $6,042.94 | $33,508.16 | | 4/25/2023 |
| 6/15/2023 | | | | $908.30 | $63.29 | $226.21 | $6,269.15 | $33,444.87 | 2/25/2022 | |
| 6/15/2023 | | | | $908.30 | $65.72 | $223.78 | $6,492.93 | $33,379.15 | 3/25/2022 | |
| 7/5/2023 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $6,492.93 | $33,379.15 | | |
| 7/5/2023 | $795.40 | | | $1,988.38 | | | $6,492.93 | $33,379.15 | | |
| 7/6/2023 | | | ($1,080.08) | $908.30 | | | $6,492.93 | $33,379.15 | | 5/25/2023 |
| 7/6/2023 | | | | $908.30 | $66.13 | $223.37 | $6,716.30 | $33,313.02 | 4/25/2022 | |
| 8/4/2023 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $6,716.30 | $33,313.02 | | |
| 8/4/2023 | $811.97 | | | $1,988.38 | | | $6,716.30 | $33,313.02 | | |
| 8/7/2023 | | | ($1,080.08) | $908.30 | | | $6,716.30 | $33,313.02 | | 6/25/2023 |
| 8/7/2023 | | | | $908.30 | $68.53 | $220.97 | $6,937.27 | $33,244.49 | 5/25/2022 | |
| 8/7/2023 | | | | $908.30 | $69.01 | $220.49 | $7,157.76 | $33,175.48 | 6/25/2022 | |
| 8/30/2023 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $7,157.76 | $33,175.48 | | |
| 8/30/2023 | $810.41 | | | $1,988.38 | | | $7,157.76 | $33,175.48 | | |
| 8/31/2023 | | | ($1,080.08) | $908.30 | | | $7,157.76 | $33,175.48 | | 7/25/2023 |
| 8/31/2023 | | | | $908.30 | $69.43 | $220.07 | $7,377.83 | $33,106.05 | 7/25/2022 | |
| 8/31/2023 | | | | $908.30 | $70.18 | $219.32 | $7,597.15 | $33,035.87 | 8/25/2022 | |
| 10/3/2023 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $7,597.15 | $33,035.87 | | |
| 10/3/2023 | $808.85 | | | $1,988.38 | | | $7,597.15 | $33,035.87 | | |
| 10/4/2023 | | | ($1,080.08) | $908.30 | | | $7,597.15 | $33,035.87 | | 8/25/2023 |
| 10/4/2023 | | | | $908.30 | $70.72 | $218.78 | $7,815.93 | $32,965.15 | 9/25/2022 | |
| 11/3/2023 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $7,815.93 | $32,965.15 | | |
| 11/3/2023 | $807.29 | | | $1,988.38 | | | $7,815.93 | $32,965.15 | | |
| 11/6/2023 | | | ($1,080.08) | $908.30 | | | $7,815.93 | $32,965.15 | | 9/25/2023 |
| 11/6/2023 | | | | $908.30 | $71.52 | $217.98 | $8,033.91 | $32,893.63 | 10/25/2022 | |
| 11/6/2023 | | | | $908.30 | $71.55 | $217.95 | $8,251.86 | $32,822.08 | 11/25/2022 | |
| 12/6/2023 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $8,251.86 | $32,822.08 | | |
| 12/6/2023 | $805.71 | | | $1,988.38 | | | $8,251.86 | $32,822.08 | | |
| 12/7/2023 | | | ($1,080.08) | $908.30 | | | $8,251.86 | $32,822.08 | | 10/25/2023 |
| 12/7/2023 | | | | $908.30 | $72.36 | $217.14 | $8,469.00 | $32,749.72 | 12/25/2022 | |
| 12/7/2023 | | | | $908.30 | $72.81 | $216.69 | $8,685.69 | $32,676.91 | 1/25/2023 | |
| 1/3/2024 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $8,685.69 | $32,676.91 | | |
| 1/3/2024 | $804.14 | | | $1,988.38 | | | $8,685.69 | $32,676.91 | | |
| 1/4/2024 | | | ($1,080.08) | $908.30 | | | $8,685.69 | $32,676.91 | | 11/25/2023 |
| 1/4/2024 | | | | $908.30 | $73.62 | $215.88 | $8,901.57 | $32,603.29 | 2/25/2023 | |
| 1/4/2024 | | | | $908.30 | $74.43 | $215.07 | $9,116.64 | $32,528.86 | 3/25/2023 | |
| 2/5/2024 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $9,116.64 | $32,528.86 | | |
| 2/5/2024 | $802.52 | | | $1,988.38 | | | $9,116.64 | $32,528.86 | | |
| 2/6/2024 | | | ($1,080.08) | $908.30 | $74.88 | $214.62 | $9,331.26 | $32,453.98 | 4/25/2023 | 12/25/2023 |
| 3/5/2024 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $9,331.26 | $32,453.98 | | |
| 3/5/2024 | $800.84 | | | $1,988.38 | | | $9,331.26 | $32,453.98 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/6/2024 | | | ($1,080.08) | $908.30 | $75.63 | $213.87 | $9,545.13 | $32,378.35 | 5/25/2023 | 1/25/2024 |
| 3/6/2024 | | | | $908.30 | $76.45 | $213.05 | $9,758.18 | $32,301.90 | 6/25/2023 | |
| 4/3/2024 | $1,080.08 | $1,080.08 | $1,080.08 | $1,988.38 | | | $9,758.18 | $32,301.90 | | |
| 4/3/2024 | $799.07 | | | $1,988.38 | | | $9,758.18 | $32,301.90 | | |
| 4/4/2024 | | | ($1,080.08) | $908.30 | $77.32 | $212.18 | $9,970.36 | $32,224.58 | 7/25/2023 | 2/25/2024 |
| 4/4/2024 | | | | $908.30 | $77.71 | $211.79 | $10,182.15 | $32,146.87 | 8/25/2023 | |
| 5/1/2024 | $1,586.33 | | | $908.30 | | | $10,182.15 | $32,146.87 | | |
| 5/2/2024 | | | | $908.30 | $78.59 | $210.91 | $10,393.06 | $32,068.28 | 9/25/2023 | |
| 6/6/2024 | $1,582.25 | | | $908.30 | | | $10,393.06 | $32,068.28 | | |
| 6/7/2024 | | | | $908.30 | $79.57 | $209.93 | $10,602.99 | $31,988.71 | 10/25/2023 | |
| 6/7/2024 | | | | $908.30 | $79.97 | $209.53 | $10,812.52 | $31,908.74 | 11/25/2023 | |
| 7/8/2024 | $382.30 | $382.30 | $382.30 | $1,290.60 | | | $10,812.52 | $31,908.74 | | |
| 7/8/2024 | $1,299.88 | | | $1,290.60 | | | $10,812.52 | $31,908.74 | | |
| 7/9/2024 | | | ($1,080.08) | $210.52 | $80.84 | $208.66 | $11,021.18 | $31,827.90 | 12/25/2023 | 3/25/2024 |
| 7/11/2024 | | | | $210.52 | $81.75 | $208.17 | $11,229.35 | $31,746.15 | 1/25/2024 | |
| 8/5/2024 | $1,572.53 | | | $210.52 | | | $11,229.35 | $31,746.15 | | |
| 8/6/2024 | | | | $210.52 | | | $11,229.35 | $31,746.15 | | |
| 9/4/2024 | $594.09 | $594.09 | $594.09 | $804.61 | | | $11,229.35 | $31,746.15 | | |
| 9/4/2024 | $1,137.94 | | | $804.61 | | | $11,229.35 | $31,746.15 | | |
| 9/5/2024 | | | | $804.61 | $82.73 | $210.12 | $11,439.47 | $31,663.42 | 2/25/2024 | |
| 9/5/2024 | | | | $804.61 | | | $11,439.47 | $31,663.42 | | |
| 9/20/2024 | | | ($512.74) | $291.87 | | | $11,439.47 | $31,663.42 | | 4/25/2024 |
| 10/2/2024 | $1,559.83 | | | $291.87 | | | $11,439.47 | $31,663.42 | | |
| 10/3/2024 | | | | $291.87 | | | $11,439.47 | $31,663.42 | | |
| 10/11/2024 | | | | $291.87 | | | $11,439.47 | $31,663.42 | | |
| 10/31/2024 | $589.10 | $589.10 | $589.10 | $880.97 | | | $11,439.47 | $31,663.42 | | |
| 10/31/2024 | $1,130.57 | | | $880.97 | | | $11,439.47 | $31,663.42 | | |
| 11/1/2024 | | | ($319.20) | $561.77 | | | $11,439.47 | $31,663.42 | | 5/25/2024 |
| 11/1/2024 | | | | $561.77 | $83.16 | $214.88 | $11,654.35 | $31,580.26 | 3/25/2024 | |
| 11/5/2024 | | | ($315.22) | $246.55 | | | $11,654.35 | $31,580.26 | | 6/25/2024 |
| 11/5/2024 | | | | $246.55 | $84.25 | $212.43 | $11,866.78 | $31,496.01 | 4/25/2024 | |
| 11/22/2024 | | | | $246.55 | | | $11,866.78 | $31,496.01 | | |
| 11/22/2024 | | | | $246.55 | | | $11,866.78 | $31,496.01 | | |
| 11/22/2024 | | | | $246.55 | $85.16 | $208.32 | $12,075.10 | $31,410.85 | 5/25/2024 | |
| 11/22/2024 | | | | $246.55 | $85.67 | $210.40 | $12,285.50 | $31,325.18 | 6/25/2024 | |
| 12/12/2024 | $295.35 | $295.35 | $295.35 | $541.90 | | | $12,285.50 | $31,325.18 | | |
| 12/12/2024 | $1,331.88 | | | $541.90 | | | $12,285.50 | $31,325.18 | | |
| 12/13/2024 | | | ($308.65) | $233.25 | $86.51 | $211.31 | $12,496.81 | $31,238.67 | 7/25/2024 | 7/25/2024 |
| **12/27/2024** | **($1,331.88)** | | | $233.25 | | | $12,496.81 | $31,238.67 | | |
| 1/6/2025 | $1,528.51 | | | $233.25 | | | $12,496.81 | $31,238.67 | | |
| 2/5/2025 | $572.44 | $572.44 | $572.44 | $805.69 | | | $12,496.81 | $31,238.67 | | |
| 2/6/2025 | | | ($300.33) | $505.36 | $87.58 | $203.52 | $12,700.33 | $31,151.09 | 8/25/2024 | 8/25/2024 |
| 2/6/2025 | | | ($298.73) | $206.63 | $87.78 | $205.10 | $12,905.43 | $31,063.31 | 9/25/2024 | 9/25/2024 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **2/6/2025** | **($1,528.51)** | | | $206.63 | | | $12,905.43 | $31,063.31 | | |
| 3/18/2025 | $289.50 | $289.50 | $289.50 | $496.13 | | | $12,905.43 | $31,063.31 | | |
| 3/24/2025 | | | ($295.35) | $200.78 | $88.22 | $202.09 | $13,107.52 | $30,975.09 | 10/25/2024 | 10/25/2024 |
| 4/3/2025 | $289.50 | $289.50 | $289.50 | $490.28 | | | $13,107.52 | $30,975.09 | | |
| 4/16/2025 | | | ($294.64) | $195.64 | $88.31 | $206.33 | $13,313.85 | $30,886.78 | 11/25/2024 | 11/25/2024 |
| 5/6/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $13,313.85 | $30,886.78 | | |
| 5/7/2025 | | | ($289.50) | $195.64 | $139.83 | $149.67 | $13,463.52 | $30,746.95 | 12/25/2024 | 12/25/2024 |
| 6/4/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $13,463.52 | $30,746.95 | | |
| 6/5/2025 | | | ($289.50) | $195.64 | $90.79 | $198.71 | $13,662.23 | $30,656.16 | 1/25/2025 | 1/25/2025 |
| 7/8/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $13,662.23 | $30,656.16 | | |
| 7/9/2025 | | | ($289.50) | $195.64 | $91.01 | $198.49 | $13,860.72 | $30,565.15 | 2/25/2025 | 2/25/2025 |
| 7/29/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $13,860.72 | $30,565.15 | | |
| 7/30/2025 | | | ($289.50) | $195.64 | $91.97 | $197.53 | $14,058.25 | $30,473.18 | 3/25/2025 | 3/25/2025 |
| 9/10/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $14,058.25 | $30,473.18 | | |
| 9/11/2025 | | | ($289.50) | $195.64 | $177.97 | $111.53 | $14,169.78 | $30,295.21 | 4/25/2025 | 4/25/2025 |
| 10/3/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $14,169.78 | $30,295.21 | | |
| 10/6/2025 | | | ($289.50) | $195.64 | $93.20 | $196.30 | $14,366.08 | $30,202.01 | 5/25/2025 | 5/25/2025 |
| 10/30/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $14,366.08 | $30,202.01 | | |
| 10/31/2025 | | | ($289.50) | $195.64 | $94.10 | $195.40 | $14,561.48 | $30,107.91 | 6/25/2025 | 6/25/2025 |
| 12/5/2025 | $289.50 | $289.50 | $289.50 | $485.14 | | | $14,561.48 | $30,107.91 | | |
| 12/8/2025 | | | ($289.50) | $195.64 | $94.68 | $194.82 | $14,756.30 | $30,013.23 | 7/25/2025 | 7/25/2025 |
| 1/5/2026 | $289.50 | $289.50 | $289.50 | $485.14 | | | $14,756.30 | $30,013.23 | | |
| 1/6/2026 | | | ($289.50) | $195.64 | $95.25 | $194.25 | $14,950.55 | $29,917.98 | 8/25/2025 | 8/25/2025 |
| 1/9/2026 | $289.50 | $289.50 | $289.50 | $485.14 | | | $14,950.55 | $29,917.98 | | |
| 1/12/2026 | | | ($289.50) | $195.64 | $95.87 | $193.63 | $15,144.18 | $29,822.11 | 9/25/2025 | 9/25/2025 |
| 2/4/2026 | $289.50 | $289.50 | $289.50 | $485.14 | | | $15,144.18 | $29,822.11 | | |
| 2/5/2026 | | | ($289.50) | $195.64 | $96.76 | $192.74 | $15,336.92 | $29,725.35 | 10/25/2025 | 10/25/2025 |
| 3/5/2026 | $289.50 | $289.50 | $289.50 | $485.14 | | | $15,336.92 | $29,725.35 | | |
| 3/6/2026 | | | ($289.50) | $195.64 | $97.55 | $191.95 | $15,528.87 | $29,627.80 | 11/25/2025 | 11/25/2025 |
| 4/13/2026 | $289.50 | $289.50 | $289.50 | $485.14 | | | $15,528.87 | $29,627.80 | | |
| 4/14/2026 | | | ($289.50) | $195.64 | $98.19 | $191.31 | $15,720.18 | $29,529.61 | 12/25/2025 | 12/25/2025 |
| 5/5/2026 | $289.50 | $289.50 | $289.50 | $485.14 | | | $15,720.18 | $29,529.61 | | |
| 5/6/2026 | | | ($289.50) | $195.64 | $98.72 | $190.78 | $15,910.96 | $29,430.89 | 1/25/2026 | 1/25/2026 |
| 7/27/2026 | $290.00 | $290.00 | $290.00 | $485.64 | | | $15,910.96 | $29,430.89 | | |
| 7/28/2026 | | | ($289.50) | $196.14 | $99.72 | $189.78 | $16,100.74 | $29,331.17 | 2/25/2026 | 2/25/2026 |
| 8/6/2026 | $1,072.27 | $1,072.27 | $1,072.27 | $1,268.41 | | | $16,100.74 | $29,331.17 | | |
| 8/7/2026 | | | ($289.50) | $978.91 | $100.60 | $188.90 | $16,289.64 | $29,230.57 | 3/25/2026 | 3/25/2026 |
| 8/10/2026 | | | ($289.50) | $689.41 | $101.26 | $188.24 | $16,477.88 | $29,129.31 | 4/25/2026 | 4/25/2026 |
| 8/10/2026 | | | ($289.50) | $399.91 | $101.68 | $187.82 | $16,665.70 | $29,027.63 | 5/25/2026 | 5/25/2026 |
| 8/10/2026 | | | ($289.50) | $110.41 | $102.45 | $187.05 | $16,852.75 | $28,925.18 | 6/25/2026 | 6/25/2026 |
| 10/1/2026 | $179.59 | $179.59 | $179.59 | $290.00 | | | $16,852.75 | $28,925.18 | | |
| 10/2/2026 | | | ($289.50) | $0.50 | $102.49 | $187.01 | $17,039.76 | $28,822.69 | 7/25/2026 | 7/25/2026 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **10/7/2026** | | | **$308.80** | $309.30 | | | $17,039.76 | $28,822.69 | | |
| 10/7/2026 | | | ($289.50) | $19.80 | $102.57 | $186.93 | $17,226.69 | $28,720.12 | 8/25/2026 | 8/25/2026 |